# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA ANGLIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ETHELE BARRON, et al.,<br><br>　　　　Defendant. | Case No.: 1:17-cv-00974-AWI- JLT<br><br>ORDER DIRECTING THE CLERK TO UPDATE THE DOCKET AND TERMINATE JOSE GONZALES AS A DEFENDANT IN THE ACTION<br><br>(Doc. 12) |

Debra Anglin filed a Notice of Dismissal as to defendant Jose Gonzales without prejudice. (Doc. 12) Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Mr. Gonzales has not filed an answer or motion for summary judgment, the dismissal was effective without an order of the court. *See* Fed. R. Civ. Pro. 41(a)(2); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Accordingly, the Clerk of Court is **DIRECTED** to updated the docket and terminate Jose Gonzales as a defendant in the action.

IT IS SO ORDERED.

Dated: __October 4, 2017__　　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE