UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Debra Anglin,**<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**Ethele Barron,** et al.<br><br>　　　　Defendants. | Case No.: 1:17-cv-0974-AWI-JLT<br><br>**[~~PROPOSED~~] ORDER CONTINUING DEBTOR EXAMINATION**<br>**(Doc. 45)** |

Good cause appearing, the Court **ORDERS** that the Debtor Examination RE: Enforcement of Judgment of Ethele Barron is continued to March 28, 2019 at 9:30 a.m. at the United States Federal Courthouse, 510 19th Street, Bakersfield, CA 93301.

IT IS SO ORDERED.

　Dated: __**December 12, 2018**__　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Request to Continue Debtor Exam　　　　-1-