UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Debra Anglin,** | Case: 1:17-cv-0974-AWI-JLT |
| Plaintiff, | |
| v. | **[~~PROPOSED~~] ORDER VACATING DEBTOR EXAM** |
| **Ethele Barron,** et al. | |
| Defendants. | |

### **ORDER**

Having read the foregoing Request and good cause appearing therefore, it is hereby ordered that the Judgment Debtor Exam for Ethele Barron scheduled for 3/28/19 is vacated.

IT IS SO ORDERED.

Dated: **March 12, 2019**          **/s/ Jennifer L. Thurston**
                                   UNITED STATES MAGISTRATE JUDGE